**Wilbert Eugene PROFFITT, Plaintiff—Appellant,**

v.

**Richard CIPOLLA, United States Probation Officer; Edward F. Reilly, Jr., Chairman, United States Parole Commission; United States Parole Commission, Defendants—Appellees.**

No. 08–6176.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 4, 2008.

Wilbert Eugene Proffitt, Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert Eugene Proffitt seeks to appeal the district court's order transferring Proffitt's civil case to the United States District Court for the Eastern District of Virginia. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Proffitt seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*